United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 17, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-50549
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANCISCO ROJAS MARTINEZ, also known as
Francisco Martinez-Lopez,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:04-CR-2499-ALL
---------------------

Before JONES, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit
Judges.

PER CURIAM:[*]

Francisco Rojas-Martinez pleaded guilty to illegal reentry
after deportation in violation of 8 U.S.C. § 1326 and was sentenced
to 50 months of imprisonment and three years of supervised release.
Rojas-Martinez argues that the district court abused its discretion
by refusing to extend the time for filing his notice of appeal.
Having been given no reason at all for the delay, the district
court did not abuse its discretion in denying Rojas-Martinez's
motion. United States v. Clark, 51 F.3d 42, 43 n.5 (5th Cir.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1995).  The district court's denial of his motion for extension of time to appeal is AFFIRMED.  See United States v. Leijano-Cruz, 473 F.3d 571, 573 (5th Cir. 2006).